RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile:  (510)272-0711
pollockesq@aol.com

Attorney for Defendant
**KIM PETER HOLZMANN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIM PETER HOLZMANN,

    Defendants.

CASE NO.11-0454-GEB

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND AMENDING DATES FOR PROBATION FILINGS**

    The parties hereby stipulate and ask the Court to continue the date set for sentencing from January 18, 2013 to February 15, 2013 as to Peter Holzmann based on the need to further prepare for sentencing. Counsel is awaiting the results of a psychological evaluation and there is additional work that needs to be completed prior to sentencing.

    The amended schedule for disclosure of the presentence report shall be as follows:

1. The motion for corrections shall be due on February 1, 2013;
2. Any reply or statement of no opposition shall be due on February 8, 2013.

1  United States Probation Officer Scott Storey has no objection to this schedule.

2

3

4  Date: December 26, 2012                /s/ RANDY SUE POLLOCK
                                          Randy Sue Pollock
                                          Counsel for Defendant
5                                         Kim Peter Holzmann

6

7  Date: December 26, 2012                /s/ JILL THOMAS
                                          Jill Thomas
8                                         Assistant United States Attorney

9

10 SO ORDERED:                             .

11

12 Dated:  January 2, 2013

13

14                                        _____
                                          GARLAND E. BURRELL, JR.
15                                        Senior United States District
                                          Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                         2