AO 247 (Rev. 11/11)　Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)　Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00454-GEB   Document 139   Filed 12/12/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

PETER KIM HOLZMANN

Case No:　2:11CR00454-02

USM No:

Date of Original Judgment:　3/22/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter, Asst. Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of　☒ the defendant　☐ the Director of the Bureau of Prisons　☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.　☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of　88　months **is reduced to**　70 months　.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/27/2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:　12/04/14

*Judge's signature*

Effective Date:　11/01/2015
*(if different from order date)*

GARLAND E. BURRELL, JR
*Printed name and title*